IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE AND JOHN DOE,
parents and natural guardians of
MARY DOE, a minor

v.                                    C.A. NO. 14-4423

THE RITZ CARLTON HOTEL
COMPANY, LLC

FILED

JAN 1 4 2015

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 14th day of January, 2015, upon consideration of the defendant's

motion to dismiss based on *forum non conveniens* grounds, and all responses and replies thereto,

it is hereby ORDERED that the motion [Doc. 17] is GRANTED.

It is further ORDERED that this case is DISMISSED without prejudice to

plaintiffs pursuing this action in the Cayman Islands.

It is further ORDERED that the Clerk is DIRECTED to mark this case closed for

statistical purposes.

BY THE COURT:

JEFFREY L. SCHMEHL, J.