IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE AND JOHN DOE,
parents and natural guardians of
MARY DOE, a minor

v.  C.A. NO. 14-4423

THE RITZ CARLTON HOTEL
COMPANY, LLC

ORDER

AND NOW, this 7th day of December, 2015, upon consideration of the plaintiff's motion for relief under Rule 60(b)(6) of the Federal Rules of Civil Procedure and all responses and replies thereto, and after having heard oral argument on the motion, it is hereby ORDERED that the motion [Doc.26] is DENIED.

BY THE COURT:

JEFFREY L. SCHMEHL, J.